# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DASHON MARTEL HINES,  )
                      )
       Plaintiff,     )
                      )     Case: 1:17-cv-00713        (F-Deck)
  v.                  )     Assigned To : Unassigned
                      )     Assign. Date : 4/19/2017
MICHAEL A. DARBY,     )     Description: Pro Se Gen. Civil
                      )
       Defendant.     )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff alleges that, on March 1, 2017, a Deputy Clerk of Court rejected his submission and thus violated rights protected by the First, Fourth, Sixth and Fourteenth Amendments to the United States Constitution and Local Civil Rule 5.1, among others. Compl. at 3-4. He demands damages of $1 million. *Id.* at 4-5.

The immunity that judges enjoy, *see Mirales v. Waco*, 502 U.S. 9 (1991), extends to clerks of court performing "tasks that are an integral part of the judicial process," *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993); *Evans v. Suter*, 260 F. App'x 726 (5th Cir. 2007) (per curiam), *cert. denied*, 552 U.S. 1282 (2008). Because it appears that the alleged constitutional violations committed by the defendant occurred in the course of the performance of judicial functions, judicial immunity protects him from suit. *See, e.g., Jones v. U.S. Supreme Court*, No. 10-0910, 2010 WL 2363678, at *1 (D.D.C. June 9, 2010) (concluding that court clerks are immune from suits for damages arising from activities such as the "receipt and

processing of a litigant's filings"), *aff'd*, 405 F. App'x 508 (D.C. Cir. 2010), *aff'd*, 131 S. Ct. 1824 (2011).

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint for failure to state a claim upon which relief can be granted. An Order is issued separately.

DATE: 4-1-17

United States District Judge
J. Bowhry